Calvin F. Love, Bar #307493
LOVE LAW, PC
800 S. Barranca Ave., Ste. 100
Covina, CA 91723
Ph: (626)653-0455
Fax (626)6530-0465

Attorney for Creative Recovery Concepts, Inc.
Assignee of Judgment

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC. <br><br> Plaintiff <br><br> vs <br><br> MANUEL ARTURO CARRILLO and MARIA AMPARO CARRILLO, individually, jointly and dba EL CAIMAN FELIZ <br><br> Defendants | CASE No. CV 04-3841 ER (PJWx) <br><br><br> **RENEWAL OF DEFAULT JUDGMENT** BY CLERK |

Based upon the Application for Renewal of Judgment of the renewed original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 683.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on January 19, 2005 on behalf of Plaintiff, **GARDEN CITY BOXING CLUB, INC.**, which was then assigned by Plaintiff to Assignee of Judgment, **CREATIVE RECOVERY CONCEPTS, INC.** and renewed on November 21, 2014 in favor of Assignee of Judgment, **CREATIVE RECOVERY CONCEPTS, INC.** and against defendants,

PAGE                                    RENEWAL OF JUDGMENT BY CLERK
                                        CASE NO. CV-00-11829 RMT (SHX)

**MANUEL ARTURO CARRILLO and MARIA AMPARO CARRILLO, individually, jointly and dba EL CAIMAN FELIZ,** is hereby renewed in the following amounts:

**Renewal of money judgment**

| | | |
|---|---|---:|
| a. | Total Judgment as last renewed | $4,358.93 |
| b. | Costs after Judgment | 0.00 |
| c. | Attorney Fees | 0.00 |
| d. | Subtotal (add a and b) | 4,358.93 |
| e. | Credits after judgment | 0.00 |
| f. | Subtotal (subtract e from d) | 4,358.93 |
| g. | Interest after judgment | 833.87 |
| h. | Fee for filing renewal | 0.00 |
| i. | **TOTAL RENEWED JUDGMENT** | **$5,192.80** |

DATED: 8/2/2022          Clerk by _Sharon Hall Brown_
                                        Deputy   Clerk

KIRY K. GRAY, CLERK OF COURT
U.S. DISTRICT COURT

PAGE                                        RENEWAL OF JUDGMENT  BY CLERK
                                            CASE NO. CV-00-11829 RMT (SHX)